*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMBERTO C. TORRES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | Case No.  CV 12-2625-GW(CWx)<br><br>**ORDER TO DISMISS** |

Pursuant to stipulation, IT IS HEREBY ORDERED that this action is DISMISSED as moot.  Each side shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 18, 2012                    BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**